UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 66.30.85.254,<br>      Defendant. | Civil Action No. 3:17-cv-01952-VLB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 66.30.85.254. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 11, 2018

                Respectfully submitted,

           By: /s/ *Kevin T. Conway*
              Kevin T. Conway, Esq. (30364)
              664 Chestnut Ridge Road
              Spring Valley, NY. 10977
              T: 845-352-0206
              F: 845-352-0481
              E-mail: ktcmalibu@gmail.com
              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*